Matter of Michael J. v Sherrie H. (2024 NY Slip Op 51879(U))

[*1]

Matter of Michael J. v Sherrie H.

2024 NY Slip Op 51879(U)

Decided on January 11, 2024

Family Court, Kings County

Menon, J.

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

As corrected in part through October 14, 2025; it will not be published in the printed Official Reports.

Decided on January 11, 2024

Family Court, Kings County

In the Matter of an Article 6 Proceeding Michael J., Petitioner,

against

Sherrie H., Respondent.

Docket No. V-1846-16

Opinion withdrawn from online only publication
at the direction of the court.